**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Jaquise Beasley,<br><br>Plaintiff,<br>v.<br><br>Conn Appliances, Inc.,<br><br>Defendant. | Civil Action No.: 4:20-cv-01723 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Jaquise Beasley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 10, 2021

                                          Respectfully submitted,

By:   */s/ Jody B. Burton*

            Jody B. Burton, Esq.
            LEMBERG LAW, L.L.C.
            43 Danbury Road
            Wilton, CT 06897
            Telephone: (203) 653-2250
            Facsimile:  (203) 653-3424
            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2021, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By   /s/ Jody B. Burton

                                                Jody B. Burton