United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAQUISE BEASLEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-1723 |
| § | |
| CONN APPLIANCES, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On May 10, 2021, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. 10) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 10th day of May, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE